United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,
Petitioner,

v.

GALVAN NEWSOM, et al.,
Respondent.

Case No. 26-cv-09393-JST

**ORDER OF DISMISSAL**

On or about September 1, 2026, Petitioner filed this *pro se* petition for a writ of habeas corpus. That same day, the Court informed Petitioner that this action was deficient because he did not pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application. ECF No. 3. The Court ordered Petitioner to cure the deficiency by September 29, 2026, or face dismissal of this action. *Id.* On September 24, 2026, Plaintiff filed an incomplete *in forma pauperis* application. ECF No. 4. The application is incomplete because the Certificate of Funds in Prisoner's Account form is not completed and signed by an authorized officer at Petitioner's correctional facility. *Id.* Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application. The dismissal is without prejudice to Petitioner filing a motion to reopen the action. Any motion to reopen must be accompanied by either the $5 filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Respondents and against Petitioner. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 6, 2026

JON S. TIGAR
United States District Judge